UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| XIAO DONG WANG,<br><br>        Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, et al.,<br>        Defendants.<br>_____/ | No. C 13-3602 LB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     January 21, 2014<br>Mediator:  Gregory Walker |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's insurer representative, Jenny Schock, from appearing in person at the January 21, 2014, mediation before Gregory Walker is GRANTED. Ms. Schock shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 11, 2013        By:        _____
Dated                                                 Maria-Elena James
                                                       United States Magistrate Judge