UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

XIAO DONG WANG,

    Plaintiff,

    v.

TARGET CORPORATION,

    Defendant.

_____/

No. CV13-03602 LB

**UPDATED SCHEDULING ORDER AND REFERRAL FOR SETTLEMENT CONFERENCE**

At the parties' request, the court adjusts the schedule and refers the case for a settlement conference as follows:

**I.  CASE MANAGEMENT AND TRIAL DATES**

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Date to seek leave to add new parties or amend the pleadings | 3/10/2014 |
| Updated Joint Case Management Conference Statement | 5/1/2014 |
| Further Case Management Conference | 5/8/2014 at 11:00 a.m. |
| ADR completion date | 6/30/2014 |
| Non-expert discovery completion date | 12/22/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 1/9/2015 |
| Rebuttal expert disclosures | 1/23/2015 |

CV13-03602 LB

| Expert discovery completion date | 2/7/2015 |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 12/4/2014, at 9:30 a.m. (motion) or 11 a.m. (CMC) |
| Meet and confer re pretrial filings | 2/7/2015 |
| Pretrial filings due | 2/12/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 2/19/2015 |
| Final Pretrial Conference | 3/5/2015, at 1:30 p.m. |
| Trial | 3/23/2015, at 8:30 a.m. |
| Length of Trial | 3 days |

## II. ALTERNATIVE DISPUTE RESOLUTION

At the initial case management conference, given the fact that the parties already had a court mediation on January 21, 2014, the court asked the parties to confer about whether they thought a settlement conference might be helpful  The parties subsequently asked for a settlement conference in 60 days, mentioned early April as the desired time period, and asked for a referral to Magistrate Judge Corley.  They also mentioned wanting Target's claim adjuster to appear by telephone.

First, the court refers the case to Judge Corley for a settlement conference to be held in early April if her schedule permits it or at such other time as she is able to schedule it with the parties.

Second, as to the request for the claims person to appear by telephone, Judge Corley will decide as the settlement judge.  Given the tight schedule before the settlement conference, the court directs the parties to meet and confer in person or by telephone within 14 days and **before** preparing their exchanged and confidential settlement conference statements.  The purpose of the meeting is to identify and exchange whatever discovery is needed for all sides to evaluate the case for settlement. This is particularly important for Target's claims adjuster to be able to make his or her evaluation (and include expert input on the medical issues, if any) before the conference.  The court assumes that the treatment records have been disclosed already given the protective order.  Counsel must cooperate in providing discovery informally and expeditiously before the settlement conference.

**IT IS SO ORDERED**.

Dated: March 10, 2014

_____
LAUREL BEELER
United States Magistrate Judge