GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION
erroneously sued as Target

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO DONG WANG,<br><br>  Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>  Defendants. | Case No.:   C13-03602LB<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANT TARGET'S CLAIMSPERSON TO ATTEND SETTLEMENT CONFERENCE BY PHONE<br><br>Complaint Filed:  July 3, 2013 |

Upon consideration of Defendant Target Corporation's request in its letter to U.S. Magistrate Judge Jacqueline Corley dated March 11, 2014, defendant's claims administrator may attend the Settlement Conference on ~~April 1, 2014~~ at 9:30 a.m. by phone.
                                                March 31, 2014

**ORDER**

IT IS SO ORDERED.

DATED: March 17, 2014

*Jacqueline S. Corley*
_____
JACQUELINE CORLEY
UNITED STATES MAGISTRATE JUDGE

27264\634304

-1-