STEVEN A. FABBRO, ESQ, (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 391-6850
Facsimile: (415) 391-6856

Attorney for Plaintiff:
XIAO DONG WANG

GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO DONG WANG,<br><br>          Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION,<br>and Does 1 to 30,<br><br>          Defendants. | Case No.: C13-3602 LB<br><br>**STPULATION AND ORDER RE:**<br>**DISMISSAL WITH PREJUDICE, EACH**<br>**PARTY TO BEAR THEIR OWN COSTS** |

IT IS HEREBY STPULATED by and between Plaintiff XIAO DONG WANG and Defendant

TARGET CORPORATION through their designated counsel that the above-captioned action be and

1  hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1). Each party
2  agrees to bear their own costs.

3  DATED: April 10, 2014                    By: _____/s/_____
4                                               STEVEN A. FABBRO, ESQ.
                                                Attorney for Plaintiff
5                                               XIAO DONG WANG

6

7  DATED: April 10, 2014                    By: _____/s/_____
8                                               GAIL C. TRABISH, ESQ.
                                                Attorneys for Defendant
9                                               TARGET CORPORATION

10         IT IS SO ORDERED.

11

12  DATED: April  21 , 2014                 By: _____
                                                HON. LAUREL BEELER
13                                              U.S. MAGISTRATE JUDGE

**STPULATION AND ORDER RE DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS**

1  STEVEN A. FABBRO, ESQ, SBN 107973
   LAW OFFICES OF STEVEN A. FABBRO
2  101 Montgomery Street, 27th Floor
   San Francisco, CA  94104
3  Telephone: (415) 391-6850
   Facsimile: (415) 391-6856
4
5  Attorney for Plaintiff
   XIAO DONG WANG
6
                 UNITED STATES DISTRICT COURT
7
                 NORTHERN DISTRICT OF CALIFORNIA
8
9
10 XIAO DONG WANG                         )  Case No.: C13-3602 LB
                                          )
11         Plaintiff,                     )  **CERTIFICATE OF SERVICE**
                                          )
12    vs.                                 )
                                          )
13 TARGET CORPORATION, and DOES 1 TO      )
   30,                                    )
14                                        )
                                          )
15         Defendants.                    )
                                          )

16     I am a resident of the State of California, over the age of eighteen years, and not a party
17 to the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101
   Montgomery Street, 27th Floor, San Francisco, California 94104. On April 10, 2014, I served the
18 following document(s) by the method indicated below:

19 **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE, EACH PARTY TO
   BEAR THEIR OWN COSTS**
20
   [ ]   by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed
21         above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m.
           and was reported complete without error. The transmission report was properly issued by the
22         transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in
           writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).
23
   [X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid,
24         in the United States mail at San Francisco, California addressed as set forth below. I am readily
           familiar with the firm's practice of collection and processing of correspondence for mailing.
25         Under that practice, it would be deposited with the U.S. Postal Service on that same day with
           postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the

Certificate of Service                      - 1 -

party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.  A signed proof of service by the process server or delivery service will be filed shortly.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

[ ]   by transmitting via email to the parties at the email addresses listed below:

**Attorney for Defendant: TARGET CORPORATION**
Gail C. Trabish, Esq.
Boornazian, Jensen & Garthe
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: 510-834-4350
Facsimile:  510-839-1897
E-mail: gtrabish@bjg.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on April 10, 2014, at San Francisco, California

Alma Calderon

Certificate of Service                              - 2 -